IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

MERLE A. FREY

    Plaintiff,

v.

DAVID W. TURNER
K&B TRANSPORTATION, INC.

    Defendants.

---

### COMPLAINT AND JURY DEMAND

---

Plaintiff, through his undersigned counsel, states his cause of action against the Defendants as follows:

### GENERAL ALLEGATIONS

1. Plaintiff is a resident of the State of Idaho. Defendant David W. Turner is a resident of the State of Colorado. Defendant K&B Transportation, Inc. is a foreign corporation, incorporated in the State of Iowa, with its principle place of business in the State of Nebraska. The amount in controversy, without interest and costs, exceeds the sum or value specified by 28 U.S.C. Section 1332.

2. At all times pertinent, Defendants transacted business in the State of Colorado or caused a tort to occur in the State of Colorado.

3. On September 28, 2009, at approximately 7:30 p.m., Defendant Turner was the driver of

a 2007 Freightliner tractor owned by Defendant K&B Transportation, and within the course and scope of his employment with Defendant K&B Transportation, was pulling a box container trailer on Colorado Highway 287 near U.S. Highway 50 in Prowers County, Colorado, when Defendant attempted to make a U-turn on Highway 287, blocking both lanes of Highway 287.  As Plaintiff traveled south on Highway 287 in the through lane at a lawful speed, he suddenly came upon Defendants' vehicle blocking both lanes of Highway 287.  Plaintiff applied his brakes but was not able to evade the Defendants' vehicle and collided with the Defendants' vehicle.

4. As a result of the collision, Plaintiff sustained injuries and damages, including: injury to his neck with pain in neck and shoulders, headache, occult C 1-2 odontoid fracture requiring surgery with instrumentation and fusion, pain, mental stress, past and future medical bills, past and future loss of income, physical impairment and other economic and non-economic damages.

**FIRST CLAIM FOR RELIEF (Negligence of David Turner)**

5. Plaintiff incorporates by reference the allegations above as if repeated herein.

6. Defendant Turner owed duties to Plaintiff and others in the operation of his semi-tractor trailer and did breach those duties, including:

    a. negligent operation of the semi-tractor trailer

    b. negligence *per se* in violation of C.R.S. 42-4-902 in attempting to make a U-turn on a highway without ensuring that such turn could be made safely and without risk to others on the highway

7. As a result of the negligence of Defendant Turner, Plaintiff sustained injuries and

damages as more fully alleged above and hereby claims for same.

## SECOND CLAIM FOR RELIEF (Vicarious Liability of Defendant K&B Transportation, Inc.)

8. Plaintiff incorporates by reference the allegations above as if repeated herein.

9. At all times pertinent, Defendant K&B Transportation, Inc. employed Defendant Turner to operate its semi-tractor trailer vehicles in the State of Colorado.

10. Defendant Turner's negligence in the operation of its semi-tractor trailer on September 28, 2009 occurred while Defendant Turner was in the course and scope of his employment with Defendant K&B Transportation, Inc. and, as such, Defendant K&B Transportation, Inc. is vicariously liable for the negligent conduct of Defendant Turner.

WHEREFORE, Plaintiff respectfully requests that a judgment be entered against Defendants, jointly and severally, in an amount which is fair and just, together with statutory interest from the date of the injury, costs, expert witness fees and attorneys fees.

**Plaintiff herein demands a trial by jury on all issues so triable.**

Dated this 26th day of September, 2011.

Respectfully Submitted,

SEARS & SWANSON, P.C.

By: s/ Lance M. Sears
       Lance M. Sears

S<small>EARS AND</small> S<small>WANSON</small>, P.C.
2 North Cascade Ave., Ste. 1250
Colorado Springs, CO   80903
Telephone: (719) 471-1984
FAX: (719) 577-4356
lance@searsandswanson.com