IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action: 11-cv-02514-MSK-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 12, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*                                              *Counsel:*

MERLE A. FREY,                              Lance M. Sears

    Plaintiff,

v.

DAVID W. TURNER, *et al.*,              Daniel James Bristol

    Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in Session:     10:06 a.m.**
Court calls case. Appearances of counsel.

The court addresses the parties regarding the pending referred motions.

Argument and discussion regarding the defendant's MOTION to Compel Rule #35 Examination and Request For Expedited Briefing (Docket No. 31, filed 9/13/2012).

Discussion regarding Rule 35(a)(2)(b) and Rule 26(b)(2)(c).

For reasons as stated on the record,

    **ORDERED:**   The court **GRANTS** the defendant's MOTION to Compel Rule #35 Examination and Request For Expedited Briefing (Docket No. 31, filed 9/13/2012). The costs the shall be reimbursed within two weeks of completion of the I.M.E.

Argument and discussion regarding the defendant's Joint MOTION for Extension of Time to of Defendants' Expert Disclosure Deadline Related to Medical Evaluation (Docket No. 34, filed on

9/18/2012), the plaintiff's MOTION for Extension of Time to Amend by Two Weeks Plaintiff's Rebuttal Expert Disclosure Deadline (Opposed) (Docket No. 38, filed on 9/24/2012) and the defendant's MOTION for Leave to Assert Counterclaims and Join a Party (Docket No. 40, filed on 9/27/2012).

Discussion regarding Rule 16(b).

For reasons as stated on the record,

**ORDERED:** The court **DENIES AS MOOT** the defendant's Joint MOTION for Extension of Time to of Defendants' Expert Disclosure Deadline Related to Medical Evaluation (Docket No. 34, filed on 9/18/2012). The court **DENIES AS MOOT** the plaintiff's MOTION for Extension of Time to Amend by Two Weeks Plaintiff's Rebuttal Expert Disclosure Deadline (Opposed) (Docket No. 38, filed on 9/24/2012). The court shall extend discovery deadline to **December 14, 2012**. The deadline for disclosure of additional experts is extended to **October 31, 2012**. The deadline for rebuttal experts shall be extended to **November 30, 2012**.

Argument and discussion regarding the plaintiff's Unopposed MOTION for Discovery to Permit Trial Preservation Deposition of Dr. Bret Dirks After Discovery Cutoff Pursuant to FRCP 29 (Docket No. 43, filed on 10/1/2012).

For reasons as stated on the record,

**ORDERED:** The court **DENIES AS MOOT** the plaintiff's Unopposed MOTION for Discovery to Permit Trial Preservation Deposition of Dr. Bret Dirks After Discovery Cutoff Pursuant to FRCP 29 (Docket No. 43, filed on 10/1/2012).

Argument and discussion regarding the defendant's MOTION for Leave to Conduct Ex Parte Interviews of Certain Medical Providers (Docket No. 42, filed on 10/1/2012).

HEARING CONCLUDED.

**Court in recess**: **11:29 a.m.**
Total time in court: 01:23

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.