IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 11-cv-02514-MSK-CBS

MERLE A. FREY,

    Plaintiff,

v.

DAVID W. TURNER; and
K&B TRANSPORTATION, INC.,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court on the Joint/Unopposed Motion for Order of Dismissal Pursuant to FRCP 41 (Motion) **(#69)** filed January 10, 2013. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED** and all claims asserted between the parties are hereby dismissed, with prejudice, each party to pay his, her or its own attorney fees and costs.

DATED this 14th day of January, 2013.

                          **BY THE COURT:**

                          */s/ Marcia S. Krieger*

                          Marcia S. Krieger
                          Chief United States District Judge